AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____TEXAS_____

JOHN RODGERS

Plaintiff,

V.

CENTRAL TEXAS VETERANS ADMIN ET AL.

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   W-14-CV-00304

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDERED that the Magistrate's Findings and Recommendation is ADOPTED.

FURTHER ORDERED that the Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1) be granted and that this matter be dismissed in its entirety.

FURTHER ORDERED that any pending pre-trial motions are DENIED as moot in light of the Court's dismissal of this action.

August 25, 2015
Date

Jeannette J. Clack
Clerk

*Melissa Copp*
(By) Deputy Clerk